**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Haney Sarsour
Plaintiff,
v.
Case No.: 1:23−cv−16474
Honorable Elaine E. Bucklo
Said ABDELQADER, et al.
Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, March 18, 2025:

MINUTE entry before the Honorable Elaine E. Bucklo: Plaintiff's for entry of a clerk's default pursuant to Rule 55(a) [19]; motion to file tax returns under seal [32]; [33]; [34]; and motion for leave to file additional appearance [35] are denied as moot. Defendant's motion to vacate technical default pursuant to Rule 55(c) [37] is granted. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.